UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

ROBERT JOHN COTTAM,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No.  CV-12-0056-VEB

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The case is remanded for calculation of benefits.

Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED:  January 3, 2014

    SEAN F. McAVOY
    Clerk of Court

    By: *s/Pam Howard*
        Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE